### 7275.  PATTERSON *v.* THE STATE.

WADE, J.  There was ample evidence to support the verdict, and the trial court did not err in overruling the motion for a new trial based upon the general grounds only.                    *Judgment affirmed.*

DECIDED APRIL 25, 1916.

Accusation of sale of liquor; from city court of Carrollton—Judge Beall. January 4, 1916.

*Smith & Smith,* for plaintiff in error.

*C. E. Roop, solicitor,* contra.